| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | WESTERN DISTRICT OF WASHINGTON AT TACOMA |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY SCOTT ZIEGLER,

                Petitioner,

   v.

PATRICK GLEBE,

                Respondent.

CASE NO. C14-5407 BHS-KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

     This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

     Dated this <u>19th</u> day of <u>May</u>, 2014.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1