1
2
3
4
5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT TACOMA

7  JEFFREY SCOTT ZIEGLER,

8              Petitioner,              CASE NO. C14-5407 BHS-KLS

9       v.                              ORDER GRANTING EXTENSION TO
                                        FILE CONCISE STATEMENT OF
10 PATRICK GLEBE,                       GROUNDS FOR RELIEF

11             Respondent.

12
13
14     Petitioner Jeffrey Scott Ziegler was ordered to file and serve a concise statement of the

15 grounds raised in his petition by August 4, 2014.  Dkt. 20.  Petitioner requests a one month

16 extension of the deadline.  Dkt. 21.  Accordingly, it is **ORDERED:**

17     1)     Petitioner's motion for extension (Dkt. 21) is **GRANTED.**  Petitioner shall file

18 and serve a concise statement of the grounds raised in his petition by **September 4, 2014**.

19 Respondent shall file and serve his answer within 45 days after service of the statement of the

20 grounds for relief.

21     2)     The Clerk shall send uncertified copies of this Order to the Petitioner and counsel

22 for the Respondent.

23 //

ORDER GRANTING EXTENSION TO FILE
CONCISE STATEMENT OF GROUNDS FOR
RELIEF - 1

1   Dated this 5th day of August, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING EXTENSION TO FILE
CONCISE STATEMENT OF GROUNDS FOR
RELIEF - 2